IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**LEONCIO COMPRES-CONCEPCION,**<br>    **Defendant** | **Criminal No. 07-096 (ADC)** |

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on May 4, 2007. (**Docket No. 20**.) In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Leoncio Comprés-Concepción** be adjudged guilty of the offenses charged in Count I (8 U.S.C. Section 1326(a)(2) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No. 07-096 (ADC)                                                                                                       Page -2-

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for July 30, 2007 at 4:00 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 21st day of June, 2007.

                                                     S/**AIDA M. DELGADO-COLON**
                                                   **United States District Judge**